UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., | No. 1:14-CV-01352-KJM-SMS |
| Plaintiff, | |
| v. | ORDER |
| CALBAG METALS CO. and DOES 1 to 100, inclusive, | |
| Defendants. | |

On October 29, 2014, Calbag Metals Co. filed a motion to dismiss for lack of personal jurisdiction, or in the alternative, to transfer venue to the Western District of Washington or the District of Oregon. ECF No. 8. It noticed a hearing on December 3, 2014 before Magistrate Judge Sandra Snyder. *Id.* On November 12, 2014, Judge Snyder held a telephonic status conference. Minutes, ECF No. 11. The plaintiff, Electronic Recyclers International, Inc. (ERI) declined to proceed before a magistrate judge. *Id.* The case was reassigned to the undersigned on November 14, 2014. ECF No.12. The hearing on Calbag's motion was reset for December 5, 2014. Minute Order, ECF No. 13. ERI has not filed an opposition to Calbag's motion. The hearing was vacated on December 2, 2014. Minute Order, ECF No. 15.

/////

1

1 | Accordingly, it is hereby ordered that within twenty-one (21) days of the entry of
2 | this Order, ERI shall file a response to Calbag's pending motion. If ERI does not so respond, it is
3 | cautioned (1) the motion to dismiss may be granted; or (2) the case may be transferred to the
4 | Western District of Washington or the District of Oregon.
5 | IT IS SO ORDERED.
6 | DATED: December 19, 2014.

_____
UNITED STATES DISTRICT JUDGE