UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC. a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALBAG METALS CO., a corporation, and DOES 1 to 100,<br><br>Defendant. | No.  1:14-cv-01352-KJM-SMS<br><br>ORDER |

Pursuant to plaintiff and defendant's stipulation of dismissal (ECF No. 39), and Federal Rule of Civil Procedure 41(a) this action is DISMISSED with prejudice.

The court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for state courts. *Kokkonen*, 511 U.S. at 382.

IT IS SO ORDERED.

DATED:  October 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

1